United States District Court
Southern District of Texas

**ENTERED**
October 11, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYNN GUY TYGER, individually and as independent executrix of the Estate of Vernon Howard Tyger, III, deceased, | § § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 4:17-cv-02154 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | § § | |
| Defendant | § § | |

ORDER OF DISMISSAL

Plaintiff's Motion for Dismissal with Prejudice is GRANTED and all claims asserted by Plaintiff against Defendant are hereby dismissed with prejudice.

This order disposes of all parties and all claims. Each party must bear its own costs and attorney's fees. Any and all further relief not specifically granted herein is denied.

Signed this **10** day of **Oct**, 2018.

Hon. David Hittner
United States District Court Judge